**FILED**

MAY 14 2014

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

BELLON & MANINGO, LTD.
LANCE A. MANINGO, ESQ.
Nevada Bar No.: 006405
732 S. Sixth Street, Suite 102
Las Vegas, Nevada 89101
Telephone: (702) 452-6299
Facsimile: (702) 452-6298
Email: lam@bellonandmaningo.com
Attorney for Defendant
MARC BRATTIN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THE UNITED STATES OF AMERICA,           )
                                        )   2:13-cr-00161-APG-CWH
              Plaintiff,                )
                                        )
vs.                                     )
                                        )
MARC BRATTIN,                           )
                                        )
              Defendant.                )
_____)

### SUBSTITUTION OF ATTORNEY

Defendant MARC BRATTIN hereby substitutes ROSS GOODMAN, ESQ. and LOUIS PALAZZO, ESQ,. as attorneys of record in place of LANCE MANINGO, of BELLON & MANINGO, LTD.

DATED this 12th day of May, 2014.

By: _____
MARC BRATTIN (Defendant)

I, LANCE MANINGO, consent to the above substitution.

DATED this 12th day of May, 2014.

By: _____
LANCE MANINGO, ESQ.

I, ROSS GOODMAN, am duly admitted to practice in the United States District Court, District of Nevada, and accept the above substitution.

DATED this 12th day of May, 2014.

By: _____
ROSS GOODMAN, ESQ.

I, LOUIS PALAZZO, am duly admitted to practice in the United States District Court, District of Nevada, and accept the above substitution.

DATED this 12th day of May, 2014.

By: _____
LOUIS PALAZZO, ESQ.

Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED on this 14th day of May, 2014.

Nunc pro tunc
to May 13, 2014

_____
UNITED STATES DISTRICT JUDGE

2