T. LOUIS PALAZZO, ESQUIRE
Nevada Bar No. 4128
PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Tele: 702/385-3850
Fax:  702/385-3855

ROSS C. GOODMAN, ESQ.
Nevada Bar No. 7722
GOODMAN LAW GROUP
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Tel:  (702) 383-5088
Fax: (702) 385-5088

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARC BRATTIN,<br><br>Defendant. | CASE NO.:   2:13-CR-00161-JAD-CWH |

### [PROPOSED] ORDER FOR DEFENDANT MARC BRATTIN'S UNOPPOSED REQUEST FOR TRAVEL

**IT IS HEREBY ORDERED** that Defendant MARC BRATTIN'S Unopposed Request for Travel outside the state of Nevada to Beaver Falls, Pennsylvania for approximately eight days, beginning on December 23, 2014 and returning December 31, 2014 is GRANTED.

DATED this 10th day of December, 2014.

_____
UNITED STATES MAGISTRATE JUDGE