```
               FILED              RECEIVED
               ENTERED            SERVED ON
                         COUNSEL/PARTIES OF RECORD

                    FEB  2 2015

                  CLERK US DISTRICT COURT
                    DISTRICT OF NEVADA
           BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CR-161-JAD-(CWH) |
| MARC BRATTIN, | ) |
| Defendant. | ) |

### ORDER OF FORFEITURE

This Court finds that on February 2, 2015, defendant MARC BRATTIN pled guilty to Counts One through Four of a Four-Count Criminal Indictment, charging him in Counts One and Two with Bank Fraud in violation of Title 18, United States Code, Section 1344 and in Counts Three and Four with Wire Fraud in violation of Title 18, United States Code, Section 1343. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. __.

This Court finds that MARC BRATTIN shall pay a criminal forfeiture money judgment of $113,332.74 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MARC BRATTIN a criminal forfeiture money judgment in the amount of $113,332.74 in United States Currency.

DATED this 2nd day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE