1  T. LOUIS PALAZZO, ESQUIRE
   Nevada Bar No. 4128
2  PALAZZO LAW FIRM
   A PROFESSIONAL LAW CORPORATION
3  520 South Fourth Street, Second Floor
   Las Vegas, Nevada 89101
4  Tele: 702/385-3850
   Fax:  702/385-3855
5
   ROSS C. GOODMAN, ESQ.
6  Nevada Bar No. 7722
   GOODMAN LAW GROUP
7  520 South Fourth Street, Second Floor
   Las Vegas, Nevada 89101
8  Tel:  (702) 383-5088
   Fax: (702) 385-5088
9
   *Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | CASE NO.:   2:13-CR-00161-JAD-CWH |
|---|---|
| Plaintiff, | |
| vs. | |
| MARC BRATTIN, | |
| Defendant. | |

**DEFENDANT MARC BRATTIN'S UNOPPOSED REQUEST FOR TRAVEL**

**COMES NOW**, Defendant, MARC BRATTIN, and hereby respectfully requests that this Honorable Court issue an Order granting Defendant leave to travel outside the state of Nevada to Dallas, Texas for approximately five days, beginning on April 8, 2015 and returning April 12, 2015. Defendant seeks to travel for business on a project assignment and meet with potential clients.

/ / /

/ / /

/ / /

After communicating with both AUSA Sarah E. Griswold and Defendant's Pre-Trial Services Officer, Samira A. Barlow regarding the instant request and has supplied his travel itinerary related to same. Both AUSA Griswold and Officer Barlow have no objection to said request.

DATED this 3rd day of April, 2015.

/s/ T. Louis Palazzo
T. LOUIS PALAZZO, ESQ.
Nevada Bar No. 4128
PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101

ROSS C. GOODMAN, ESQ.
Nevada Bar No. 7722
GOODMAN LAW GROUP
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101

***Attorneys for Defendant***

**IT IS SO ORDERED**.

**IT IS FURTHER ORDERED** that counsel shall comply with the requirements of LCR 45-3 governing the required form of order for stipulations, *ex parte*, or unopposed motions in any future application for relief from the court.

DATED this 8th day of April, 2015.

_____
Peggy A. Leen
United States Magistrate Judge