

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) 2:13-CR-161-JAD-(CWH) |
| MARC BRATTIN, | ) ) |
| Defendant. | ) ) |

### ORDER OF FORFEITURE

This Court found on February 3, 2015, that MARC BRATTIN shall pay the criminal forfeiture money judgment of $113,332.74 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 54; Order of Forfeiture, ECF No. 55.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MARC BRATTIN the criminal forfeiture money judgment in the amount of $113,332.74 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

///

///

///

///

1  United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18,
2  United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).
3  DATED this 6th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE

2