**FILED**
JUL 09 2015
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff(s),

vs.

MARC BRATTIN,

        Defendant(s).

Case No. 2:13-cr-161-JAD-CWH-1

## SUBSTITUTION OF ATTORNEY

Defendant Marc Brattin (Plaintiff) (Defendant) hereby substitutes
(Name of Party)

Attorney Nicholas M. Wooldridge
(New Attorney)

(Address): 520 S. 4th Street, Suite 200, Las Vegas, Nevada 89101

(Telephone): 702-330-4645 , as attorney of record in place and

stead of: Amy B. Cleary, Assistant Federal Public Defender
(Present Attorney)

DATED: 7/7/15    _____
(Signature of Party)

I consent to the above substitution.

DATED: 07/02/15    _____
(Signature of Present Attorney)

...
...
...

1

I am duly admitted to practice in this District.
Above substitution accepted.
DATED: _____7-6-15_____

_____
(Signature of New Attorney)

Please check one: _X_ RETAINED, or ___ APPOINTED BY THE COURT

APPROVED:

DATED: _July 9, 2015_

_____
UNITED STATES DISTRICT JUDGE

2